**Electronically Filed
Supreme Court
29948
05-OCT-2010
02:06 PM**

NO. 29948

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent-Plaintiff-Appellee,

vs.

JUNIUS HANS, Petitioner-Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 06-1-2388)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner-Defendant-Appellant's application for writ of certiorari filed on August 25, 2010, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 5, 2010.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice

Dana S. Ishibashi for
petitioner-defendant-appellant
on the application

---

[1]Considered by:  Recktenwald, C.J., Nakayama, and Duffy, JJ., Circuit Judge Chang in place of Acoba, J., recused and Circuit Judge Crandall, assigned by reason of vacancy.